IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                    Respondent,<br><br>          v.<br><br>CHRISTOPHER A. COOK,<br><br>                    Appellant. | No. 80671-8-I<br><br>DIVISION ONE<br><br>UNPUBLISHED OPINION |

PER CURIAM — Christopher Cook appeals his conviction for second degree burglary. He contends, and the State concedes, that the evidence was insufficient to support the conviction because there was no evidence that he entered or remained in a building unlawfully, nor evidence that he had an intent to commit a crime. See RCW 9A.52.030(1). We accept the State's concession, and remand for the trial court to vacate Cook's conviction for second degree burglary.

Reversed.

_Brennan, J_

_H & J_

_Andrus, A.C.J._